UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marlee A. Siewert,

Plaintiff,

v.

Wyeth-Ayerst Laboratories
and American Home Products
Corporation,

Defendants.

Civil 01-1538 JRT/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Sept 17, 2001.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED SEP 17 2001
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Marlee A. Siewert

vs. 01-1538JRT/JMM

Wyeth-Ayerst Laboratories, et al

This case has been referred to Magistrate Judge John M. Mason pursuant to an Order of Recusal by Magistrate Judge Noel. Please note the change in the magistrate initials and refer to them when submitting documents to the court. The assigned judge remains the same.